

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-17-00808-CV

Daniel **CRISP**,
Appellant

v.

Ismael **CLAY**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI10107
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

This is an appeal from an enforcement order rendered against appellant Daniel Crisp. On December 11, 2017, the trial court signed an "Order Enforcing Prior Turnover Order," requiring Crisp, the sole signatory on a certain TD Ameritrade account, to wire $406,917.50 to a receiver that had been appointed in a previously rendered turnover order in favor of appellees, Ismael Clay, Joshua Kennedy, Matthew Arneson, Arthur Charles, Samone Drake, Phillip Erbe, Christopher Ramos, Christopher Rochon, Elric Thomas, Jimmie Walden, Jorge Garza, and Christopher Buza.

During the pendency of this appeal, Crisp filed a "Motion to Abate Appeal," requesting this court to abate this appeal because he had filed a "Motion for Relief from Judgment under Federal Rule of Civil Procedure 60(b)" in federal court. Crisp stated his motion for relief challenged an underlying federal judgment upon which the turnover order and enforcement order are based. In his request for an abatement, Crisp indicated his motion for relief was set for a hearing before Magistrate Judge Bemporad on May 7, 2018. We therefore granted Crisp's motion to abate and ordered the appeal abated pending resolution of any action relating to the "Motion for Relief from Judgment under Federal Rule of Civil Procedure 60(b)" filed by Crisp in Cause No. SA-17-CA-279-FB (HJB), *Clay v. Mcanear and Crisp.* We further ordered the parties to notify this court with a status update regarding the motion for relief.

During the pendency of the abatement, the parties filed status reports to update this court with the status of the pending motion for relief. Through these filings, we were advised that on June 11, 2018, Judge Bemporad issued a Report and Recommendations, stating the motion for

relief would be denied. In his report, he also indicated the parties could file objections to the report on or before June 25, 2018. We were further advised that Crisp filed such objections, and the objections were pending before the Honorable Fred Biery of the United States District Court. Most recently, on September 25, 2018, appellees filed an "Advisory to the Court and Motion to Lift the Stay of the Appeal," advising that on September 18, 2018, Judge Biery has signed an Order Accepting the Report and Recommendation of United States Magistrate Judge. On September 28, 2018, appellant filed a "Response to Appellees' Advisory to the Court and Motion to Lift Stay of the Appeal," indicating he has thirty days to file a notice of appeal and requesting us to maintain the abatement of this appeal until at least October 18, 2018 – the deadline to file a notice of appeal.

After consideration of the foregoing, we **GRANT** appellees' motion to lift the stay of the appeal and **ORDER** the abatement lifted and appellate deadlines reinstated. At the time we abated this cause, both the clerk's record and reporter's record had been filed. Accordingly, we **ORDER** appellant to file his brief in this court **on or before November 2, 2018.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court